**Entered on Docket
July 28, 2008**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed: July 25, 2008

_____
**LESLIE TCHAIKOVSKY
U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In re                                                      No. 08-40773 TG
                                                           Chapter 13
LORENZO RUIZ, LYNETTE RUIZ,                                R.S. No. KSH 1423

                Debtors.
_____/

**MEMORANDUM RE MOTION FOR RELIEF FROM STAY**

The motion of Mortgage Electronic Registration Systems, Inc. ("MERS"), as nominee for Indymac Bank, F.S.B. ("Indymac"), its assignees and its successors, for relief from the automatic stay came on for hearing before the above-captioned Court on July 25, 2008 at 11:00 a.m. Appearances were stated on the record. The Court announced that it had some concerns, which it would set forth in writing, and continued the hearing to August 15, 2008 at 11:00 a.m. Those concerns are as follows:

The Court is informed that MERS has neither an equitable interest in the secured claims that form the basis for the motions it files in bankruptcy court nor any servicing obligations. The Court is informed that MERS simply provides the name in which the real

party in interest acts so that names need not be changed when the underlying note changes hands.

In the instant case, a copy of the deed of trust is attached but not a copy of the promissory note. The deed of trust identifies the lender as Paul Financial LLC. ("Paul"), not Indymac. The declaration is signed by an employee of Indymac. However, there is no evidence of an assignment of the note by Paul to Indymac. A copy of the note and evidence of any assignments must be provided as part of the record for such motions.

END OF DOCUMENT

COURT SERVICE LIST

```
Patrick L. Forte
Law Offices of Patrick L. Forte
1 Kaiser Plaza #480
Oakland, CA 94612-3610

Kristin A. Schuler-Hintz
McCarthy & Holthus, LLP
1770 Fourth Ave.
San Diego, CA 92101
```